No. 37, Misc.   HANKS *v.* UNITED STATES, *ante,* p. 863;

No. 46, Misc.   HANDY *v.* PATUXENT INSTITUTION DIRECTOR, *ante,* p. 865;

No. 54, Misc.   PADGETT *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, *ante,* p. 865;

No. 137, Misc.   BURNS *v.* TURNER, WARDEN, *ante,* p. 873;

No. 293, Misc.   COPELAND *v.* FLORIDA, *ante,* p. 884;

No. 322, Misc.   JOERGER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, *ante,* p. 886;

No. 382, Misc.   MORTON *v.* KANSAS, *ante,* p. 890; and

No. 419, Misc.   HOLSCHER *v.* YOUNG, WARDEN, *ante,* p. 816.   Petitions for rehearing denied.

NOVEMBER 18, 1968.

No. 193.   INTERNATIONAL SALT CO. *v.* OHIO TURNPIKE COMMISSION.   C. A. 8th Cir.   Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.   *Robert D. Stiles* for petitioner.   *James W. Shocknessy* for respondent.   [For earlier order herein, see *ante,* p. 814.]

No. ——.   DRENT ET AL. *v.* MCKEAN ET AL.   C. A. 5th Cir.   Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.   *Bernard D. Fischman* for applicants.

No. 823, Misc.   BUCHANAN *v.* BURKE, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied.